UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| CHRISTOPHER BRADY HOWARD, | |
|---|---|
| Petitioner, | No. C11-5791 RJB |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| WASHINGTON STATE DEPARTMENT OF CORRECTIONS and TIMOTHY NORMAN LANG, | |
| Respondents. | |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation (Dkt. 18) and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation (Dkt. 14); and

(2) This case is **TRANSFERRED** to the United States District Court for the Eastern District of Washington.  The Clerk shall close this Court's file.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 18th day of November, 2011.

_____
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1