UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER BRADY HOWARD,<br><br>　　　　Petitioner,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS and TIMOTHY NORMAN LANG,<br><br>　　　　Respondent(s). | No. CV-11-0462-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND CLOSING THE FILE |

Magistrate Judge Imbrogno filed a Report and Recommendation on July 6, 2012, recommending Petitioner's Petition for a Writ of Habeas Corpus be dismissed as moot and the file be closed. (ECF No. 27.) Objections were due on or before July 20, 2012. There being no objections filed, the court **ADOPTS** the Report and Recommendation. Accordingly,

**IT IS SO ORDERED**:

Petitioner's Petition for Writ for Habeas Corpus (**ECF No. 9**) is **DISMISSED AS MOOT**. The District Court Executive shall forward copies of this Order to Petitioner and counsel for Respondents and close the file.

DATED this 16th day of August 2012.

　　　　　　　　　　　　　　　　*s/ Rosanna Malouf Peterson*
　　　　　　　　　　　　　　　　ROSANNA MALOUF PETERSON
　　　　　　　　　　　Chief United States District Court Judge