UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER BRADY HOWARD,<br><br>Petitioner,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS and TIMOTHY NORMAN LANG,<br><br>Respondents. | NO. CV-11-462-CI<br><br>**JUDGMENT** |

**DECISION BY THE COURT:** This action came to hearing before the Court. The Court adopts the Report and Recommendation,

**IT IS ORDERED AND ADJUDGED** that Petitioner's Petition for Writ for Habeas Corpus is **DISMISSED AS MOOT**.

Dated: August 16, 2012

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal, Deputy Clerk